## Bonin v. Berard.

APPEAL from the District Court of St. Martin, *Overton*, J. *Brent*, for the plaintiff. *Simon* and *Magill*, for the appellants. The judgment of the court was pronounced by

SLIDELL, J. The reasons assigned for our ·decree in the case of *Bonin* v. *Durand*, just decided, apply to this case, in which the writ of seizure and sale, besides having no seal, exhibits the·additional defect of not being signed by the clerk.